Jane Anne Slaughter, by E. M. Slaughter, her father and next friend, appellee, v. Exposition Gateway Parking Corporation et al., defendants. Exposition Gateway Parking Corporation, appellant. Gen. No. 38,611.

Opinion filed November 10, 1936.

Robertson, Crowe & Spence, for appellant; Burt A. Crowe, of counsel. Packard, Barnes, McCaughey & Schumacher, for appellee; Russell J. McCaughey and Thomas H. Jolls, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.